**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| INEZ LAMPKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-CV-01174 CDP |
| CARE STL HEALTH, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

After review of plaintiff Inez Lampkin's charge of discrimination, submitted on October 16, 2025, the Court will issue process on plaintiff's complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process, or cause process to be issued, on plaintiff Inez Lampkin's employment discrimination complaint filed on August 4, 2025. [ECF No. 1].

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this matter, the U.S. Marshals Service shall effectuate service on plaintiff's behalf.

**IT IS FURTHER ORDERED** that defendant Care STL Health shall be served with summons through its registered agent: Angela R. Clabon, 5471 Dr. Martin Luther King Dr., Saint Louis, Mo. 63112-4265.

Dated this 5th day of November, 2025.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE